```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER WILLIAMS,                           :
                                              :
                Plaintiff,                    :     **ORDER**
                                              :
      -v-                                     :     19-CV-3347 (GBD) (JLC)
                                              :
N.Y.C. DEPT. OF CORRECTIONS, et al.           :
                                              :
                Defendants.                   :
------------------------------------------------------------X
```

**JAMES L. COTT, United States Magistrate Judge.**

The Court held an initial conference by telephone today in this *pro se* prisoner case. As discussed, it is hereby ordered as follows:

1. All discovery (including document production, interrogatories, and depositions) shall be completed by **March 31, 2020**;
2. Defendants' summary judgment motion is due **April 30, 2020**. Williams's opposition to the motion is due **June 1, 2020**. Defendants' reply is due **June 15, 2020**;
3. Williams will communicate any settlement demands to Ms. Pallini, counsel for defendants. Counsel will consider his demands and communicate any responses directly to Williams; and
4. Defendants will order the transcript of today's proceeding and provide a copy of the transcript to Williams.

   **SO ORDERED.**

Dated: January 14, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Alexander Williams
141-180-1632
Manhattan Detention Center
125 White Street
New York, NY 10013