```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ALEXANDER WILLIAMS, Jr.,                                          :
:
:
                    Plaintiff,                                    :
                                                                  :   20-cv-3992 (LJL)
            -v-                                                   :   19-cv-3347 (LJL)
                                                                  :
CITY OF NEW YORK, et al.,                                         :   ORDER
                                                                  :
                    Defendants.                                   :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      20-cv-3992 involves common questions of law and fact with 19-cv-3347.  For convenience, expedition, and judicial economy, the Court exercises its discretion to consolidate these cases into a single action.  *See* Fed. R. Civ. P. 42(a)(2).  The Clerk of Court is respectfully directed to consolidate these cases under the case number 19-cv-3347 and to close 20-cv-3992.

A copy of this order will be mailed to pro se Plaintiff by the Court's chambers.

      SO ORDERED.

Dated: August 27, 2020                                  _____
      New York, New York                            LEWIS J. LIMAN
                                                  United States District Judge