ALEXANDER WILLIAMS JR 1411801632
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK NY 10013

RE: <u>ALEXANDER WILLIAMS VS CITY OF NEW YORK ET AL.,</u>
    <u>INDEX : 19-CIV-3347.</u>                                    SEPT, 16, 2020

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF NEW YORK
PRO-SE INTAKE UNITE
500 PEARL STREET
NEW YORK NY 10007



DEAR CLERK OF THE COURT:

      I AM WRITING IN REQUEST TO APPEAL THE JUDGES DECISON ON DISCOVERY REQUEST WHERE I REQUSTED THE DEFENDNAT(S) IN THIS CASE, THE CITY OF NEW YORK TURN OVER A COPY OF EACH GREIVENCE USED AND SUBMITTED THROUGHOUT THE PROCEEDINGS.

      THE DFENDNATS INITIATED THAT 19-CIV-8737 BE COMBINDED WITH THE ABOVE MENTION CASE DUE TO THE SIMULARITIES IN THE COMAPLINT.

      IN 19-CIV-8738 PART OF THAT COMPLAINT WAS THE GRIEVANCE POLICES AND THE FACT THAT IT WAS BEING DENIED IN EFFORTS TO PREVENT ME FROM BEING ABLE TO PROPERLY EXHUAST MY REMEDIES BEFORE BEING ABLE TO BRING FORTH CIVIL LIOTIGATION.

      I OPPOSED THE DEFENDNAT(S) REQUEST TO COMBIND THE TWO CASES BECAUSEI WANTED TO AVIOD THE DENIAL THAT THE JUDGE ISSED IN THE REQUEST.

      THE GRIEVANCE PROCESS POLICY AND DIRECTIVES IS GOVERNED BY BY-LAWS AND TIME FRAMES IN WHICH A COMPLAINT MUST BE ANSWERED AND APPELAED AND THAT THE COMP-LAINANT MUST BE GIVEN A RESPONSE TO.

      I CANT NOT PROPELY MAKE MY CASE IF I AM DENEID THESE GRIVENACES IN DISCOVERY FOR THE REASON THAT THE DEFENSE WOULD AUTOMATICALLY ARGUE THAT MY COPIES ARE NOT THE ORIGINAL COPIES IN REGARDS TO THAT FACT OF WHAT THE GRIEVANCE DEPARTMENT MAY HAVE ON RECORD.

FURTHERMORE; IT WAS NEVER MADE CLEAR TO ME WHEN THEY COMBINDED THE CASES THAT UI HAD TO REQUEST DISCOVERY SEPERATELY IN ECAH MATTER.

I AM A LAYMAN OF THE LAW AND THE DEFENDNAT(S) NEVER SUBMITTED TO ME A BESCOVERY REQUEST DEMAND XXXXXXXXXX THAT WAS CLEAR THAT THE REQUEST WAS FRO EACH 19-CIV-3347 AND 19-CIV-8737.

AS FAR AS THE THRID INDEX CASE THAT WAS RECENTLY GRANTED TO BE COMBINDED TO 19-CIV-3345, I AM APPEALING THE FACT THAT I WAS DENIED DISCOVERY REQUEST IN THIS MATTER WHEN THIS CASEN WAS JUST GRANTED TO BE COMBINDED TO THE ORIGINAL 19-CIV-3347 AFTER DISCOVERY IN THAT MATTER WAS MADE.

I SHOULD AT LEAST ME ABLE TO BE AFFORD THE DISCOVERY REQUEST THAT I MADE IN REFFERENCE IN THE THGRID INDEX THAT WAS RECENTLY GRANTED TO BE COMBINDED AFTER THE DOSCOVERY REQUEST WAS SUMBITTED.

I WOULD LIKE TO MARHSAL MY FACTS IN THE GRIEVANCE CLIMM BY DISPLAYIN TO THE COURT THAT A HIGH PERCENTAGE OF MY GRIEVANCES ARE NOT ANSWERED WITHIN THE TIME FRAME THAT IS LAID OUT WITHIN THE GRIEVANCE POLCIY AND THAT IN 100 PERCENT OF MY GRIAVANCE MATTERS THE FACILITY NEVER RESPONDED TO THE APPEAL ON THE DECIOIN OF THE INITIAL RESPONSE AND IF THEY DID I WAS NEVER NOTIFIED OF SUCH SO THAT I MAY OR MAY NOT APPEAL WHATEVER DECISON WAS GIVEN TOXX ME.

IF I AM NOT GIVEN MY SECOND APPEAL RESPONSE I COULD THEN NOT APPEAL THE COMPLAINT TO THE HIGEST OFFICE SO THAT THE MATTER COULD THEN BE TASKED OUT OF THE BUILDING AND RULED ON BY THE BAORD OF CORRCTIONS WHO IS THE BODY THAT ENSURES THAT AS A DETENINEE IA M BEING AFFORDED MY MINIMUM STANDARDS UNDER THE LAW SET BY THE MINICIPAL OF NEW YORK CITY, THE DEFENDNATS IN THIS MATTER.

IF THIS LETTER CAN NOT BE ACCPTED AS AN OFFICIAL APPEAL REQUEST I THEN ASK THE CLERK SEND ME INSTRUCTION OF HOW I MAY PROPLERKY APPEAL THE DECIOSN OF BEING DENIED THE GRIEVANCES OR THAT THAT DECISON BE MODIFIED

TO GRANT ME COPIES OF EVERY GRIEVANCE THAT WAS SUBMITTED FROM SEPTEMBER 2019 TO PRESENT BECAUSE THEY "THE GRIAVNCES" ARE IN RELATION TO THE THRID INDEX NUMBER THAT THE DFENDNATS ASKED BE COMBINDED TO THE INTINTAL INDEX OF 19-CIV-3347X; AND THAT THE DISCOVERY REQUEST HAD ALREADY BEEN SUBMITTED BEFORE THE FILING OF THE THRID CIVIL MATTER.

THEREFORE THEE DISCOVERY REQUEST FOR AND/ALL MATERIAL IN THE THRID CASE SHOULD NOT BE JUDGED ON WITH ANY NOTION OF THE 19-CIV-3347 AND 19-CIV8737 IN REFFERENCE SINCE DISCOVERY IN THAT MATTER HAD BEEN SUBMITTED BEFORE THE FILING OF THE THRID CASE.

I AM HOPEFUL THAT I WOULD HERA BACK FROM YOU SOON IN REGRADS TO THIS MATTER.

SINCERELY SUBMITTED

ALEXANDER WILLIAMS

ALEXANDER WILLIAMS JR 141801632
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK NY 10013

NEW YORK NY 100
30 SEP 2020 PM 7 L

RECEIVED
OCT -2 2020
PRO SE OFFICE

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PRO-SE INTAKE UNIT
500 PEARL STREET
NEW YORK NY 10007

Legal Mail
Please Do not Tamper