

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER WILLIAMS,                          :
                                             :
          Plaintiff,                    :   **ORDER**
                                             :
    -v-                                      :   19-CV-3347 (LJL) (JLC)
                                             :
N.Y.C. DEPT. OF CORRECTIONS, *et al.*        :
                                             :
          Defendants.                   :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

*Pro se* Plaintiff Alexander Williams has renewed his request for an appointment of counsel by letter dated November 13, 2020 (Dkt. No. 113). The Court has previously denied Williams' requests for counsel on August 8, 2019 (Dkt. No. 27) and again on July 20, 2020 (Dkt. No. 72). In both instances the Court found that it could not conclude on the record before it that Williams' claims were substantial or that he was likely to succeed on the merits.

As the Court explained in its August 8, 2019 order, for the Court to order the appointment of counsel, Williams must make "a threshold showing of some likelihood of merit." *Johnston v. Maha,* 606 F.3d 39, 41 (2d Cir. 2010) (citing *Cooper v. A. Sargenti Co.,* 877 F.2d 170, 174 (2d Cir. 1989)); *Carmona v. U.S. Bureau of Prisons*, 243 F.3d 629, 632 (2d Cir. 2001). Because this threshold showing has not yet been made and given that resources for the appointment of counsel are scarce, the Court again denies Williams' request for the appointment of counsel

without prejudice to renewal if the record as further developed warrants it.

    **SO ORDERED.**

Dated: November 17, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been
mailed to the following:**

Alexander Williams
141-180-1632
GRVC
09-09 Hazen Street
E. Elmhurst, NY 11370