```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXANDER WILLIAMS,

                Plaintiff,

       -v-

N.Y.C. DEPT. OF CORRECTIONS, *et al.*,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

19-CV-3347 (LJL)(JLC)

**JAMES L. COTT, United States Magistrate Judge.**

By order dated July 17, 2020, the Court requested that Defendant Gorritz waive service of summons. Dkt. No. 11.[1] On August 5, 2020, waiver of service was returned executed as to Defendant Gorritz. Dkt. No. 16. On August 20, 2020, waiver of service was then returned unexecuted as to Defendant Gorritz. Dkt. No. 19. The City noted that it "inadvertently filed a waiver executed on 8/05/20 at which time it was discovered that the defandant [sic] had already retired." *Id.*

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in obtaining service information for a defendant. 121 F.3d 72, 76 (2d Cir. 1997). It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the New York City Department of Correction, shall ascertain an address where Defendant Gorritz may be served. The New York City Law Department shall provide this information to the Court by **December 4, 2020**. Once received, the Court will issue a follow-up service order for Defendant Gorritz.

---

[1] The docket entries refer to 20-cv-3992, which was consolidated with this case on August 27, 2020. Dkt. No. 20.

1

To the extent providing a home address raises confidentiality concerns, the New York City Law Department should request that the submission including Defendant Gorritz's address be docketed as "court-view only."

**SO ORDERED.**

Dated: November 20, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed
to the following:**

Alexander Williams
141-180-1632
GRVC
09-09 Hazen Street
E. Elmhurst, NY 11370