Alexander Williams Jr 141.180.1699
G.R.V.C.
09-09 Hazen St
Queens NY 11370

RE: Request for T.R.O

Nov 13, 2020

United States District Court
Southern District of New York
Pro-Se Intake Unit
500 Pearl St
New York, N.Y 10007

RECEIVED
SDNY PRO SE OFFICE
2020 NOV 24 PM 2:46

Dear Sir and/or madam,

I am writing to request A T.R.O from the Court.

I am currently being harmed in ways that may more than likely end in a negative fashion in my criminal case because of I am being denied the right to marshal my defense.

This right is being violated without Due process.

I am hopeful that I fullfilled the criteria needed to convince the courts with a favorable decision.

Respectfully
Alexander Williams