Alexander Williams 141-180-1632
G.R.V.C
09-09 Hazen St
Queens N.y 11370

RECEIVED
SDNY PRO SE OFFICE
2020 DEC -2 PM 1:46

RE: 19-CV-3347

Nov 25, 2020

CLERK
United States District Court
Southern District of New York
Pro-Se Intake Unit
500 Pearl St
New York, N.J. 10007

    I am writing in response to the Judges order dated Nov 10, 2020.

    I have written as well as had my wife directly email the Attorneys for the defendants in efforts to settle on this matter

    I have received no response to either letter and/or email from Attorney, but defendant Dept of Correction and Benard Mathis has Responded

by way of retaliation that has reached a level of where plaintiff defense attorney has had to contact DOC legal department out of concern. See attached letter enclosed.

So I am now writing seeking assistance from the Court by way of requesting a Settlement Conference.

I look forward to hearing back from the Court shortly.

Sincerely,
Albert [signature]

**JULIE A. CLARK**
*Attorney at Law*
32 COURT STREET, SUITE 707
BROOKLYN, NEW YORK 11201
jcw24@aol.com
(718) 625-6888 Fax (718) 625-6977

Member of
NY & NJ Bars

Nov. 17, 2020

Legal Department

NYC Department of Corrections

75-20 Astoria Boulevard

East Elmhurst, NY 11370

    Re: Alexander Williams

    Book and Case #: 141-18-01632    NYSID: 01897858L

Dear Sir or Madam:

    I am the attorney for Alexander Williams, who is presently house at GRVC. Mr. Williams suffered a gallbladder attack on or about November 14, 2020. He has been experiencing difficulty breathing and the facility refused to give him medical treatment. He has been having problems at this particular facility for a number of weeks. He has not had access to the law library; I have had an officer call me and then put my client on the telephone; my client was not allowed to shower for days; my client was not allowed commissary and other retaliatory actions.

    We are asking for a complete investigation. We are asking that my client receive medical attention immediately. We are demanding that the retaliatory actions by the officers at the facility cease immediately.

We await your response.

Thank you.

Yours,

*[signature]*

Julie Clark—



NEW YORK NY 100
30 NOV 2020 PM 1 L

Alexander Williams 141180630
G.R.V.C.
09-09- Hazen St
Queens N.y. 11370

United State District Court
Southern District of New York
Pro-se Intake unit
500 Pearl Street
New york N.y 10007

10007-131699

RECEIVED
SDNY PRO SE OFFICE
2020 DEC -2 PM 1:37