```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEXANDER WILLIAMS,                         :
                                            :
                        Plaintiff,          :     **ORDER**
                                            :
            -v-                             :     19-CV-3347 (LJL) (JLC)
                                            :
N.Y.C. DEPT OF CORRECTIONS, *et al.*,       :
                                            :
                        Defendants.         :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

Williams is proceeding pro se and in forma pauperis.[1] On November 20, 2020, the Court directed the New York City Law Department to ascertan an address where Defendant Gorritz may be served (Dkt. No. 116). On December 3, 2020, the New York City Law Department provided the required information for service on Defendant Gorritz in an *ex parte* letter to the Court in order to protect Gorritz's privacy and security interests (Dkt. No. 124).

To allow Williams to effect service on Defendant Gorritz through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form"). The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service.

---

[1] By order dated July 17, 2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (Dkt. No. 13).

      The Clerk of Court is directed to issue a summons and complete the USM-285 forms with the address for Gorritz and deliver all documents necessary to effect service to the U.S. Marshals Service.

      **SO ORDERED.**

Dated: December 4, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Alexander Williams
141-180-1632
GRVC
09-09 Hazen Street
E. Elmhurst, NY 11370