Alexander Williams 1411801632
C.R.V.C
09-09 Hazen St
Queens N.Y. 11370

RECEIVED
SDNY PRO SE OFFICE
2020 DEC -8 AM 11:42

RE: TRO Request
19-CV-3347 (JLC)(LJL)

Nov 30 2020

United States District Court
Southern District of New York
Pro Se Intake Unit
500 Pearl St
New York, N.Y. 10007

Dear Clerk of Court

I recently requested a TRO for things that were currently prohibiting me from being able to properly prepare on not only any/all Civil matters, but more important my Criminal case.

I am preparing for trial on a Murder charge in Kings County. I play a very active role in the manner in which my defense team marshals my defense.

The enclosed Command Level order which was made 7 days after Dep't of Correction was told by NYC Board of Correction that any Command Level order would include additional restrictions not included in my court order was in violation of Rights

Also enclosed is email from one of my defense attorneys informing my wife that [illegible] verbally denied him visiting to visit me.

Furthermore on Nov 12, 2020 the jail purposely caused me to be [illegible] for video Court [illegible] [illegible] of [illegible].

This newly invented Command level order and acts that prevents me from accessing Courts, lawyers, type writers, Lexis Nexis, Ect. Is cell further really I beg the Court to grant TRO in this matter.

There is a greater chance then not that these Restrictions will end in a fashion more harmful to my legal matters then not.

So I ask that Court takes this added Information into considerations when Rulling on TRO Request

Special NOTE PLEASE REDACT EMAIL ADDRESSES AND ALL PERSONAL CONTACT INFO TO COURT VIEW ONLY

Respectfully,
[signature]

**JULIE A. CLARK**
*Attorney at Law*
32 COURT STREET, SUITE 707
BROOKLYN, NEW YORK 11201
jcw24@aol.com
(718) 625-6888 Fax (718) 625-6977

Member of
NY & NJ Bars

Nov. 17, 2020

Legal Department

NYC Department of Corrections

75-20 Astoria Boulevard

East Elmhurst, NY 11370

Re: Alexander Williams

Book and Case #: 141-18-01632 NYSID: 01897858L

Dear Sir or Madam:

I am the attorney for Alexander Williams, who is presently house at GRVC. Mr. Williams suffered a gallbladder attack on or about November 14, 2020. He has been experiencing difficulty breathing and the facility refused to give him medical treatment. He has been having problems at this particular facility for a number of weeks. He has not had access to the law library; I have had an officer call me and then put my client on the telephone; my client was not allowed to shower for days; my client was not allowed commissary and other retaliatory actions.

We are asking for a complete investigation . We are asking that my client receive medical attention immediately. We are demanding that the retaliatory actions by the officers at the facility cease immediately.

We await your response.

Thank you.

Yours,

Julie Clark--

On Nov 6, 2020, at 12:03 PM, Stein, Bennett (BOC) <bennettstein@boc.nyc.gov> wrote:

Hi Julie –

Thank you for reaching out. This is concerning. I've looked into Mr. Williams' current housing and sent the concerns to the Department of Correction.

As discussed, the Board of Correction is the oversight agency for the jails.

Please let me know if useful to discuss further.

Thanks,
Bennett

Bennett Stein
Director of Policy and Communications
New York City Board of Correction
929-270-3282 (cell) 212-669-7992 (office)
bstein@boc.nyc.gov

**From:** JULIE CLARK <jcw24@aol.com>
**Sent:** Wednesday, November 4, 2020 7:14 PM
**To:** Stein, Bennett (BOC) <bennettstein@boc.nyc.gov>
**Cc:** chine@brooklynda.org; jchabrowe@gmail.com; jcw24@aol.com
**Subject:** Re: Alex Williams 141-18-01632

[Quoted text hidden]

---

**2020.10.26 - Williams CORC Recommendation FINAL.pdf**
637K

---

**jeff chabrowe** <jchabrowe@gmail.com> Mon, Nov 9, 2020 at 6:04 PM
To: Crystal Williams <tlcvisionary@gmail.com>
Cc: JULIE CLARK <jcw24@aol.com>

I just waited an hour to see
Him at GRVC and there is alarm that I'm told will be going for a
Whine so I will have to come back tomorrow

Sent from my iPhone

On Nov 9, 2020, at 11:25 AM, Crystal Williams <tlcvisionary@gmail.com> wrote:

[Quoted text hidden]
<Letter Alex.pdf>




THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION
GEORGE R. VIERNO CENTER

# COMMAND LEVEL ORDER

| ☒ NEW | ☐ INTERIM | ☐ REVISED | ☐ ADMINISTRATION | ☒ SECURITY | ☐ PROGRAMS |
|---|---|---|---|---|---|

| EFFECTIVE DATE | ORDER NO. | SUBJECT |
|---|---|---|
| 11/02/20 | 370.20 | COURT ORDERED LOCKDOWN INMATES |

| SECTION: | PAGE 1 OF 6 | REFERENCE: | AREAS |
|---|---|---|---|
| SECURITY | | SUPREME COURT ORDER | ALL STAFF |
| AUTHORIZED BY THE COMMANDING OFFICER: SHERMA DUNBAR, WARDEN | SIGNATURE | | |

## I. PURPOSE

This command level order is promulgated to establish policy and procedures for the Care, Custody and Control of the inmates under Court Ordered lockdown status.

## II. POLICY

It shall be the policy of the George R. Vierno Center to comply with the mandates of all Court Orders dealing with inmates housed in this facility. Additionally, the restrictions imposed on "Lockdown Status" inmates by the Court supersedes any rights these inmates may ordinarily have under the Minimum Standards.

## III. PROCEDURES

The inmates housed in Court Ordered lock-down areas shall be governed by the following:

a. Twenty-three (23) hour lock-in, feed-in status.

b. Inmates housed in Court Ordered Lock-Down areas will be allowed to possess the following property in their cell:

1. One (1) Bible
2. Three (3) Magazines
3. Three (3) Books
4. One (1) Bar of Soap
5. One (1) Container of shampoo
6. One (1) Toothbrush
7. One (1) Toothpaste
8. One (1) Plastic Cup
9. One (1) Towel
10. Deodorant

| EFFECTIVE DATE 11/02/20 | SUBJECT COURT ORDERED LOCKDOWN INMATES |
|---|---|
| ORDER NO. 370.20 - GRVC | PAGE 2 OF 6 PAGES |

## III. PROCEDURES (CONTINUED)

**Special Security Procedures**

a. Inmates in lock-down status shall not be removed from their cells unless a Captain is present. AT NO TIME WILL MORE THAN ONE (1) INMATE BE ALLOWED OUT OF HIS CELL AT ANY ONE TIME.

b. Whenever a Court Ordered Lock-Down Inmate is removed from the housing area, he shall be restrained in leg irons, waist chains and mitts. The Inmate shall be under one-on-one observation of a Correction Officer to assure no communication with any other inmate(s), verbally, in writing or through hand signs.

c. During the day tour (0700x1500 hours) and under the supervision of a Captain these inmates shall be strip-searched, and their property carefully searched on a daily basis. These searches will be recorded on a Random Search Form.

d. Inmates shall dress in jumpsuits at all times, unless going to court for trial.

e. Inmate housed in Court Ordered Lock-In areas shall not be allowed to refuse to be produced in court.

f. The Court Ordered inmates shall not be permitted to refuse to attend court because of complaints of health problems unless the physician examining this defendant certifies in writing that the attendance of this defendant in court would likely result in serious impairment to this defendant's health. In this event, this information shall be immediately transmitted to the Central Operations Desk At (718) 546-1384.

g. The Court Ordered inmate's accompany card shall be kept in the CMC box in the General Office.

**Program/Inmate Services**

Law Library/Outgoing Mail

Inmates will make all requests for Law Library materials in writing. These requests will be forwarde to the Security Office who will obtain copies of the requested materials and place same in the inmate' blue storage bin.

1. The assigned Captain will collect all letters written by the inmate. The Captain will turn the mail over to the Security Office. Under no circumstances will any inmate in Court Ordered Lockdown status be permitted to send out any written correspondence or any other type of communication.

| EFFECTIVE DATE 11/02/20 | SUBJECT | |
|---|---|---|
| | COURT ORDERED LOCKDOWN INMATES | |
| ORDER NO. 370.20 - GRVC | PAGE 3 OF 6 PAGES | |

## III. PROCEDURES (CONTINUED)

**Telephone Calls and Visit Privileges:**

1. The court ordered inmates are barred from Visits and Telephone calls to anyone other than their attorney of record. These numbers are listed in each inmate's court order folder.

2. All calls will be placed between the hours of 1330 – 1430 hours and 1630 – 1730 hours.

3. The Correction Officer assigned to the post shall make the telephone call using a P.I.N. Number which will be changed weekly by Security. Inmates are not allowed to know the P.I.N. numbers. The Correction Officer shall maintain a log of each attorney called. Such a log will detail the following information for each attempted call:

   a. Date and Time call requested
   b. Time call was placed
   c. Whether or not contact was made with the Attorney
   d. Time call ended.

**Inmate Showers**

Inmates will be afforded a ten-minute shower, three (3) times per week. The showers are to be recorded in a shower logbook. As stated earlier, a Captain shall be present when the inmate is removed from his cell to the shower and again when he is returned from the shower to his cell. All shower activity shall be logged in the Housing Area Logbook.

**Incoming Mail**

Any incoming mail for the inmates housed in court ordered areas will be forwarded to the GRVC Security Office. No mail shall be forwarded to these inmates until approved by the Commanding Officer of his/her designee.

**Commissary**

The only items inmates housed in Court Ordered areas may purchase from commissary are:

1. Soap
2. Shampoo
3. Deodorant
4. Toothpaste
5. Paper

Custodial staff assigned to the housing area will complete the Commissary request form for the inmate. This shall prevent subject from communicating with commissary help. All commissary products will be thoroughly searched prior to giving them to the intended inmate. Appropriate logbook entries shall be made relative to the delivery of this service.

## III. PROCEDURES (CONTINUED)

**Social Service**

All requests for Social Services shall be forwarded to the Security Office. At not time will these inmates have any contact with Social Service personnel. Additionally, at no time will interview slips be forwarded to any Service area.

**Religious Services**

If these inmates request religious services, the Chaplain will be called to visit them. However, the Chaplain will first be instructed that he/she may not:

1. Communicate on the inmate's behalf with anyone other that the Warden, the Security Office, or the Court-appointed Special Master.
2. Convey any written messages from these inmates to anyone else.
3. May not give anything to or receive anything from these inmates.

**Medical/Mental Health Services**

Any necessary medical or mental health services are to be provided to these inmates in the housing area. They will not be removed to go to the Clinic unless it is physically impossible to provide them with necessary medical services in the cell/housing area. Mental Health services, if required, will be provided to them in the housing area, not in the Clinic.

<u>If the inmate must be removed to the Clinic for medical services, he shall be escorted by a Correction Officer and a Captain and kept separate from all other inmates in such a manner as to assure that he is unable to communicate, in any manner, with other inmates.</u>

Medical staff who come to see these inmates in the housing area should first be instructed that they may not:

1. Communicate on the inmate's behalf with any one other than the Warden or the Security Office.
2. Convey any written messages.
3. May not give anything to or receive anything from these inmates unless the item is necessary to provide medical services (i.e., medical supplies, medication).

 
| EFFECTIVE DATE 11/02/20 | SUBJECT | |
|---|---|---|
| ORDER NO. 370.20 - GRVC | COURT ORDERED LOCKDOWN INMATES | |
| | PAGE 5 OF 6 PAGES | |

## III. PROCEDURES (CONTINUED)

**Hospital Runs**

In the event that the inmate requires hospitalization, he is to be treated and outposted at Bellevue Hospital absent a medical emergency. In the event of a medical emergency, the inmate is to be transported to the nearest hospital.

**Inmate Recreation**

Inmates housed in the Court Ordered area may be afforded recreation in accordance with the details delineated in the court order or as amended in a separate memo. These stipulations shall be reflected in the posted "Recreation Schedule". A Captain shall be present when the inmate is removed from his cell and returned to this cell, following the recreation period. <u>While at recreation, these inmates shall be separated from all other inmates in such a manner as to assure that they cannot communicate with any other inmates verbally, in writing or through hand signals. These inmates will be restrained in waist chains handcuffs and mitts whenever they are out of their cells for recreation.</u>

Appropriate logbook entries shall be made relative to delivery of this service.

**CELL AREA ACCESS AND SUPERVISION**

1. Civilian personnel (i.e. Chaplain and Medical Staff) must enter the cell area accompanied by a Supervisor at all times.

2 The Area Captain will conduct at least three (3) tours of inspection in the court ordered inmates cell area during each tour of duty.

3 The on-duty Tour Commander will conduct at least one (1) tour of inspection during each tour of duty. He/she is responsible for ensuring that the provisions of this order are fully complied with.

## IV. LEGAL JUSTIFICATION

1. This order is justified as per Supreme Court Order.

 
| EFFECTIVE DATE 11/02/20 | SUBJECT | |
|---|---|---|
| ORDER NO. 370.20 - GRVC | COURT ORDERED LOCKDOWN INMATES | |
| | PAGE 6 OF 6 PAGES | |

**PREPARED BY:**

**JONELLE SHIVRAJ, Deputy Warden for Security**

**REVIEWED BY:**

**TIFFANY MORALES, Deputy Warden for Administration**

**REVIEWED BY:**

**TIFFANY MORALES, Deputy Warden for Programs**

**REVIEWED BY:**

**JOANNE MATOS, Deputy Warden for Operations**



Alexander Williams 141-180-1632
G.R.V.C
09-09 Hazen Street
Queens NY 11370
NEW YORK NY
4 DEC 2020 PM 7
FOREVER
USA
RECEIVED
SDNY PRO SE OFFICE
2020 DEC -8 AM 10: 21
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PRO-SE INTAKE UNIT
500 PEARL STREET
NEW YORK NY 10007
URGENT / CONFIDENTIAL
10007-133099