

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**QIANA SMITH-WILLIAMS**
*Senior Counsel*
phone: (212) 356-2360
fax: (212) 356-3509
e-mail: qwilliam@law.nyc.gov

December 11, 2020

**BY ECF**
Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>Alexander Williams v. City of New York, et al.</u>,
                19 Civ. 3347 (LJL) (JLC)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to represent defendants. Defendants write in accordance with the Court's Order, dated December 3, 2020, directing defendants to "respond to [plaintiff's] letter by December 10 and advise the Court whether they are interested and willing to participate in a settlement conference." (ECF No. 126.) Defendants submit that a settlement conference is unnecessary in this matter because defendants are taking a no pay position. Defendants apologize for the late filing of this letter.

      Thank you for your attention to this matter.

      Sincerely,

      *Qiana Smith-Williams* /s
      Qiana Smith-Williams[1]
      *Senior Counsel*

cc: Plaintiff, *pro se* (Via First Class Mail)

---

[1] This case has been assigned to Assistant Corporation Counsel Aaron Davison, who passed the New York State Bar Exam and is presently applying for admission. Mr. Davison is handling this matter under supervision and may be reached at (646) 988-3220 or adavison@law.nyc.gov.