USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ALEXANDER WILLIAMS,

                      Plaintiff,

     -against-

CITY OF NEW YORK, ET AL.,

                    Defendants.

------------------------------------------------------------------------ x

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

19 Civ. 3347 (LJL) (JLC)

**HON. JAMES L. COTT**
**UNITED STATES MAGISTRATE JUDGE**

      Upon the application of defendants for leave to take the deposition of plaintiff Alexander Williams, B&C #141-180-1632, an inmate within George R. Vierno Center, the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED**: that the Superintendent of other official in charge of the George R. Vierno Center, located at 09-09 Hazen Street, Bronx, NY 11370, produce inmate Alexander Williams, B&C #141-180-1632, at a location within the facility for the taking of his deposition by video teleconference on January 8, 2021, at 10:00 a.m. and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of George R. Vierno Center, so that his deposition may be taken.

Dated: New York, New York
       January 4 , 2021

_____
JAMES L. COTT
United States Magistrate Judge

A copy of this Order has been mailed to the following:

Alexander Williams
141-180-1632
GRVC
09-09 Hazen Street
E. Elmhurst, NY 11370