Alexander Williams Jr 141-180-1632
G.R.V.C.
09-09 Hazen Street
Queens, New York 11370

RECEIVED
SDNY PRO SE OFFICE
2021 JAN -5 AM 10:26

Re: 1:19-cv-03347　　　　　　　　　　Dec 23, 20
(LJL)(SLC)

United States District Court
Southern District of New York
Pro-Se Intake unit
500 Pearl Street
New York, New York 10007

Yes Honorable Judge Cott

  I am Simply writing to note my objection to the defendants request for extension

  1) I would like to make a record of the fact that Assistant counsel Oeona Charmaine-Williams who requested the extension has never entered a "notice of appearance" in this matter.

  2) The extension request is being asked on bases of completing discovery of records that are clearly in the possession

of clients of the defendants at the complete deposition of plaintiff.

The plaintiff has recently in nov 2020 made notice that NYC DOC denied plaintiff's criminal court appearance with Judge Vincent Delgiudice of Kings County, and did so without reason being given to the plaintiff and/or either of his criminal defense attorneys to date; when plaintiff asked why, he was given a verbal answer that "Big Shem" who was warden Sherma Danker and chief Scott said you don't go to court from CRDC.

This was clearly a violation, so the plaintiff objects to extensions for that reason, and the fact that on first attempt to depose plaintiff our Semour was denied by NYC officials without reasons.

Employees of the City of New York are knowingly violating plaintiff rights which are cause and effect for extension request.

Counsel should not be rewarded any extensions if it "requests" are being

made due to consider violates acts of their client

Respectfully
Elliott Mellows



NEW YORK NY 100
29 DEC 2020 PM 7 L

Alexander Williams 141-081-693
J.R.V.C
09-09 Hazen Street
East Elmhurst, New York 10001

United States Southern District Court
500 Pearl St - Rm 200
New York, New York
10007-1312

RECEIVED
SDNY PRO SE OFFICE
2021 JAN -5 AM 10: 03

USMP3
SDNY