

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

ALEXANDER WILLIAMS,

                    Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                    Defendants.

------------------------------------------------------------------------- x

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

19 Civ. 3347 (LJL) (JLC)

**HON. JAMES L. COTT**
**UNITED STATES MAGISTRATE JUDGE**

      Upon the application of defendants for leave to take the deposition of plaintiff Alexander Williams, B&C #141-180-1632, an inmate within George R. Vierno Center, the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED**: that the Superintendent of other official in charge of the George R. Vierno Center, located at 09-09 Hazen Street, Bronx, NY 11370, produce inmate Alexander Williams, B&C #141-180-1632, at a location within the facility for the taking of his deposition by video teleconference on January 11, 2021, from 3:30 p.m. to 6:30 p.m. and on January 12, 2021, from 3:00 p.m. to 7:00 p.m., and that plaintiff appear in such place as designated by the Superintendent or other official in charge of George R. Vierno Center, so that his deposition may be taken.

Dated: New York, New York
       January 6, 2021

_____
JAMES L. COTT
United States Magistrate Judge

A copy of this Order has been mailed to the following:

Alexander Williams
141-180-1632
GRVC
09-09 Hazen Street
E. Elmhurst, NY 11370