Alexander Williams Jr
G.R.V.C
09-09 Hazen Street
East Elmhurst, NY 11370

Re: 19CV-3347                                Jan 25th 2021

United States District Court
Southern District of New York
Pro-Se Intake Unit
500 Pearl Street
New York, NY 10007

Dear Clerk of Court

    I am writing seeking understanding in 19-CV-3347.
    I would like to know what is next steps before commencement of trial. Are there any matters to file and/or when can I file my Summary Judgement matters.
    I look forward to hearing from you.

Respectfully,
Alexander Williams Jr

Alexander Williams Jr. Missouri
09 R.V.
09 Haven St
Queens, NY 11370

RECEIVED
SDNY PRO SE OFFICE
2021 JAN 27 PM 2:06

United States District Court
Southern District of New York
Pro-se intake unit
500 pearl Street
New York, NY 10007