

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**QIANA SMITH-WILLIAMS**
*Senior Counsel*
phone: (212) 356-2360
fax: (212) 356-3509
e-mail: qwilliam@law.nyc.gov

February 16, 2021

**BY ECF**
Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> Re:  Alexander Williams v. City of New York, et al.,
>      19 Civ. 3347 (LJL) (JLC)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter. This Office writes to respectfully request that the Court grant, *sua sponte*, a brief extension of time, from February 16, 2021 to March 2, 2021, for individually named defendant Erica Gorritz to respond to Plaintiff's second amended complaint. This is the first such request. Because plaintiff is presently incarcerated, he could not be reached expeditiously to obtain his consent to this request.

According to the docket, defendant Gorritz was served with process by mail, and it is noted that her answer is due today. (ECF No. 143.) However, this Office is still in the process of resolving representation of her pursuant to General Municipal Law § 50-k and, therefore, respectfully requests that Your Honor *sua sponte* grant a two-week enlargement of time for her to respond to the second amended complaint so that her defenses are not jeopardized while representation is being resolved.

Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                        *Qiana Smith-Williams*
                                        Qiana Smith-Williams[1]
                                        *Senior Counsel*

cc:    **VIA FIRST-CLASS MAIL**
       Alexander Williams
       George R. Vierno Center
       09-09 Hazen Street
       Bronx, NY 11370

---

[1] This case has been assigned to Assistant Corporation Counsel Aaron Davison, who passed the New York State Bar Exam and is presently applying for admission. Mr. Davison is handling this matter under supervision and may be reached at (646) 988-3220 or adavison@law.nyc.gov.