ALEXANDER WILLIAMS JR 1411801632
G.R.V.C
09-09 HAZEN STREET
QUEENS, NY 11370

RECEIVED
SDNY PRO SE OFFICE

2021 MAR 11 PM 2:25

Re: 19-CV-3347

MARCH 4, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF NEW YORK
PRO-SE INTAKE UNIT
500 PEALR STREET
NEW YORK NY 10007

DEAR CLERK OF THE COURT:

   I am writing because today I recived a large stack of case law from the assitnat corporation counsel AAron Davison.

   I assumed that it was suppose to me attched to his response to my recently filed motion but the large envelope only contached a print out of (1) statue of 42 U.S.C. statue 1983 nad (54) diffrent case law matters.

   I am writing you today to ask that you please send me a print out of any recently motions and/or papers that may have been filed in this matterr as well as also asking the Court to grant me any extention of time that i may need to answer papers after I recived them.

   Thank You for your time and assiatnce in this matter.

Sincerely Submitted
Alexander Williams Jr.

Alexander Williams
J.R.V.E.
09-09 Haron St
Queens NY 11370

NEW YORK NY 100
9 MAR 2021 PM 10 L

United States District Court
Southern District of N.Y.
Pro-Se Intake Unit
500 Pearl Street
New York, NY 10007

10007-133099

2021 MAR 11 PM 2:20
SDNY PRO SE OFFICE