

|  | **T**HE **C**ITY OF **N**EW **Y**ORK |  |
|---|---|---|
| **JAMES E. JOHNSON** | **L**AW **D**EPARTMENT | **QIANA SMITH-WILLIAMS** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | *Senior Counsel*<br>phone: (212) 356-2360<br>fax: (212) 356-3509<br>e-mail: qwilliam@law.nyc.gov |

March 12, 2021

**BY ECF**
Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

         Re:    <u>Alexander Williams v. City of New York, et al.</u>,
                19 Civ. 3347 (LJL) (JLC)

Your Honor:

       I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter. Defendants write in response to Plaintiff's recent letter, dated March 4, 2021, wherein he seeks copies of any motions and/or papers that were recently filed in this matter. (ECF No. 165.) For the Court's information, on February 26, 2021, along with the case law that Plaintiff acknowledges receiving, Defendants served Plaintiff with the memorandum of law and all other motion papers comprising Defendants' motion for summary judgment (ECF Nos.156-161); and, the motion for an extension of time to file on answer on behalf of Defendant Gorritz was mailed on March 3, 2021 (ECF No. 163). Defendants, however, did not serve the affidavit of service of the summary judgment motion upon Plaintiff (ECF No. 162) and will do so today. Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        *Qiana Smith-Williams*
                                        Qiana Smith-Williams[1]
                                        *Senior Counsel*

---

[1] This case has been assigned to Assistant Corporation Counsel Aaron Davison, who passed the New York State Bar Exam and is presently applying for admission. Mr. Davison is handling this matter under supervision and may be reached at (646) 988-3220 or adavison@law.nyc.gov.

cc: **<u>VIA FIRST-CLASS MAIL</u>**
    Alexander Williams
    B&C No. 141-180-1632
    George R. Vierno Center
    09-09 Hazen Street
    Bronx, NY 11370