USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALEXANDER WILLIAMS,                          :
                                             :
                        Plaintiff,           :        **ORDER**
                                             :
          -v-                                :        19-CV-3347 (GBD) (JLC)
                                             :
N.Y.C. DEPT. OF CORRECTIONS, *et al.*        :
                                             :
                        Defendants.          :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

In a letter dated March 12, 2021 (Dkt. No. 167), Plaintiff Alexander Williams

informed the Court that he was unable to provide information regarding his

designation as an Intended Contraband Recipient ("IRC") in his reply to

Defendants' motion for summary judgment, which the Court received on March 22,

2021 (Dkt. No. 168). Williams reports that he is currently in the process of

obtaining documents related to his designation as an IRC. If Williams chooses to

supplement his papers, he may do so before **April 22, 2021**. Any submission should

be no longer than 10 pages.

          **SO ORDERED.**

Dated: March 23, 2021
          New York, New York

                                        _____
                                        JAMES L. COTT
                                        United States Magistrate Judge

**A copy of this Order has been
mailed to the following:**

Alexander Williams
141-180-1632
GRVC
09-09 Hazen Street
E. Elmhurst, NY 11370