ALEXANDER WILLIAMS JR 1411801632
G.R.V.C.
09-09 HAZEN STREET
QUEENS NEW YORK 11370

RECEIVED
SDNY PRO SE OFFICE

2021 MAY 17 PM 2:49

RE: WILLIAMS VS CITY OF NEW YORK ET AL.,          MAY 12, 2021
    19-CV-3347 [JLC]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PRO-SE INTAKE UUNIT
500 PEARL STREET
NEW YORK NY 10007

DEAR YOUR HONOR:

I am writing to give the courts a copy of the deciosn made by DOCS in regards to the ICR status that the plaintiff was under and that the defense used and claimed in their summary judgement motion.

As I explained to the Court I was never notified and had no knowledge of being ICR nor was I afforded Due Process hearing before being placed on this status and I was never aware of any indident that lead to this.

I am hopeful that the court will take this newly discovered evidence into consideration when making its decison.

RESPECTFULLY SUBMITTED

ALEXANDER WILLIAMS JR

**THE LEGAL AID SOCIETY CRIMINAL DEFENSE**

199 WATER STREET  NEW YORK, NY 10038  TEL: 212-577-3300  http://www.legalaidnyc.org

**John K. Carroll**
*President*

**Janet E. Sabel**
*Attorney-in-Chief*

**Justine M. Luongo**
*Attorney-in-Charge*
Criminal Practice

May 7, 2021

*Privileged & Confidential Attorney-Client Communication*

Mr. Alexander Williams, Jr.
1411801632
GRVC
09-09 Hazen Street
East Elmhurst, NY 11370

Re: Article 78 Proceeding, Index No. 340028-21

Dear Mr. Williams:

    I hope this message finds you well. As discussed, copies of your floor card and IIS sheet are attached, confirming DOC's removal of ICR status. Because DOC has consented to remove the ICR status, your Article 78 petition will be withdrawn without prejudice on 5/12/21. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Alex Anthony
Staff Attorney

212-577-3398



WILLIAMS, ALEXANDER
195 UTICA AVE, 2F
BK                   NY        11223
08-FEB-81  B  N  M  6'1"  210  BRO  BLK
NY   NCIT J                         00
WILLIAS, CRTYSTAL
195 UTICA AVE, 2F, BK, NY
1411801632   01897858L   14-MAR-18

00000000

Williams, Alexander
R: Jewish
B: 1411801632
N: 01897858L

ALEXANDER WILLIAMS JR 1411801632
69-09 HAZEN STREET
QUEENS NEW YORK 11370

NEW YORK NY 100
12 MAY 2021 PM 9 L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PRO-SE INTAKE UNIT
500 PEARL STREET
NEW YORK NEW YORK 10007

10007-131699