UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                      :
ALEXANDER WILLIAMS,                                   :
                                                      :
                              Plaintiff,              :
                                                      :                    19-cv-3347 (LJL)
              -v-                                     :
                                                      :                    ORDER
N.Y.C. DEPT. OF CORRECTIONS et al,                    :
                                                      :
                              Defendants.             :
                                                      :
----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/14/2022

LEWIS J. LIMAN, United States District Judge:

On January 14, 2022, Magistrate Judge Cott issued a Report and Recommendation recommending that the Court deny Plaintiff's motion for summary judgment and grant Defendants' cross-motion for summary judgment, except as to the retaliation claims against defendants Mathis and Wells.  Dkt. No. 186.  Magistrate Judge Cott advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation, and no such objections have been filed.

In reviewing, a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).  Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen (14) days.  *Id.*  The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error.  Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error

and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its

entirety and DENIES Plaintiff's motion for summary judgment and GRANTS Defendants'

cross-motion for summary judgment, except as to the retaliation claims against defendants

Mathis and Wells.

The Clerk of Court is respectfully directed to close Dkt. No. 156 and mail a copy of this

Order to the pro se Plaintiff.


SO ORDERED.


Dated: February 14, 2022
      New York, New York
                                            LEWIS J. LIMAN
                            United States District Judge