```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ALEXANDER WILLIAMS,                                                :
                                                                   :
                    Plaintiff,                                     :
                                                                   :      19-cv-3347 (LJL)
        -v-                                                        :
                                                                   :         ORDER
N.Y.C. DEPT. OF CORRECTIONS et al,                                 :
                                                                   :
                    Defendants.                                    :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2022

LEWIS J. LIMAN, United States District Judge:

     This Order addresses Plaintiff's request for supplemental discovery and schedules a case management conference to discuss preparations for trial.

     In a letter received on February 1, 2022, Plaintiff requested supplemental discovery including the entire departmental record of defendant Mathis and a list of the number of complaints filed against defendants Mathis and Wells. Dkt. No. 187. Defendants oppose Plaintiff's request for supplemental discovery because it is untimely, overbroad, unduly burdensome, vague, and irrelevant. Dkt. No. 191. The request for supplemental discovery is DENIED because it is untimely and seeks irrelevant information.

     A telephonic case management conference is scheduled for **April 14, 2022 at 2:00 p.m.** Parties are directed to dial into the Court's teleconference line at **888-251-2909** and use access code **2123101**.

     It is hereby ORDERED that the Warden or other official in charge of the George R. Vierno Center ("GRVC"), located at 09-09 Hazen Street, East Elmhurst, New York 11370, produce Plaintiff Alexander Williams, B&C #141-180-1632, on April 14, 2022 at 2:00 p.m. to a suitable location within the GRVC that is equipped with a telephone for the purpose of participating in a conference with the Court and Defendants' counsel.

     Defendants' counsel is directed to provide a copy of this Order to the Warden or other official in charge of the GRVC immediately and to confirm with the facility that Plaintiff will be produced for the conference.

     The Clerk of Court is respectfully directed to close Dkt. No. 191 and to mail a copy of this Order to the pro se Plaintiff.

     SO ORDERED.

2

Dated: February 24, 2022  
       New York, New York

                                      LEWIS J. LIMAN  
                                    United States District Judge