```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ALEXANDER WILLIAMS,                                                :
:
Plaintiff,                                                         :
:                         19-cv-3347 (LJL)
-v-                                                                :
:                         ORDER
N.Y.C. DEPT. OF CORRECTIONS, et al.,                               :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties are hereby directed to meet and confer regarding the earliest dates that Plaintiff would be prepared to take the requested depositions, *see* Dkt. No. 203, and Defendants would be able to sit for deposition.  The Court notes that the case has been outstanding for a long time and the Federal Rules of Civil Procedure favor speedy disposition of cases.

      The telephonic case management conference scheduled for July 27, 2022 is ADJOURNED to **August 4, 2022 at 3:00 p.m.**  Parties are directed to dial in to the Court's teleconference line at 888-251-2909 and use access code 2123101.

      The Warden or other official in charge of the George R. Vierno Center ("GRVC") is hereby relieved of the obligation to produce Plaintiff Alexander Williams, B&C #141-180-1632, on July 27, 2022, *see* Dkt. No. 197, because the conference has been adjourned.  Defendants' counsel is directed to provide a copy of this Order to the Warden or other official in charge of the GRVC.

      By July 27, 2022, Plaintiff's counsel is ORDERED to inform the Court whether they request an order to produce Plaintiff Alexander Williams for the rescheduled telephonic conference.


      SO ORDERED.

Dated: July 22, 2022
      New York, New York
                                                       LEWIS J. LIMAN
                                                     United States District Judge