UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ALEXANDER WILLIAMS, :
:
　　　　　　　　　Plaintiff, :
: 19-cv-3347 (LJL)
　　　-v- :
: ORDER
N.Y.C. DEPT. OF CORRECTIONS, et al., :
:
　　　　　　　　　Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

　　　The Court has scheduled a telephonic case management conference for August 4, 2022 at 3:00 p.m. Parties are directed to dial in to the Court's teleconference line at 888-251-2909 and use access code 2123101.

　　　It is hereby ORDERED that the Warden or other official in charge of the George R. Vierno Center ("GRVC"), located at 09-09 Hazen Street, East Elmhurst, New York 11370, produce Plaintiff Alexander Williams, B&C #141-180-1632, on August 4, 2022 at 3:00 p.m. to a suitable location within the GRVC that is equipped with a telephone for the purpose of participating in this conference.

　　　SO ORDERED.

Dated: July 26, 2022　　　　　　　　　　　　_____
　　　New York, New York　　　　　　　　　　　　　LEWIS J. LIMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge