```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ALEXANDER WILLIAMS,                                                  :
                                                                     :
                            Plaintiff,                               :
                                                                     :          19-cv-3347 (LJL)
            -v-                                                      :
                                                                     :             ORDER
N.Y.C. DEPT. OF CORRECTIONS, et al.,                                 :
                                                                     :
                            Defendants.                              :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2022

LEWIS J. LIMAN, United States District Judge:

      The Court held a telephonic case management conference in this matter today. For the reasons given on the record, the Court granted Plaintiff's letter-motion to re-open discovery. Dkt. No. 203. The Court also addressed Plaintiff's letter-motion for discovery regarding an incident alleged to have occurred on July 28, 2022. Dkt. No. 208.

      This Order memorializes the rulings made on the record for the convenience of the parties and the Court.[1]

      By August 5, 2022, Plaintiff shall serve his new request for documents.

      By August 10, 2022, Defendants shall provide a copy of the video of the July 28, 2022 incident to Plaintiff. The deadline for Defendants to amend their Rule 26 disclosures to designate witnesses with respect to the July 28, 2022 incident is also August 10, 2022. If no witnesses related to the incident are designated by that date, Defendants will be precluded from offering that testimony at trial.

      Plaintiff will be permitted to take the depositions of Defendants Mathis and Wells, non-party Correctional Officer Mason, and Samuel Ceruti. The depositions of Defendants Mathis and Wells and non-party Correctional Officer Mason shall be limited to four hours each. The deposition of Samuel Ceruti shall last no longer than seven hours. The depositions shall be taken over the course of a fifteen-day time period after: (1) Plaintiff certifies that all of the discovery record that Plaintiff has in his possession has been provided to Defendants; (2) Defendants certify that all of the discovery record that Defendants have in their possession (including re-creating the discovery record, if necessary) has been provided to Plaintiff; and (3) Defendants have responded to Plaintiff's new discovery request for documents. The fifteen-day time period

---

[1] If there is a conflict between a ruling made on the record at the conference and this Order, the ruling made on the record controls.

may be extended at the request of Defendants if Defendants' counsel requires additional time to procure witnesses and if, upon Defendants application to the Court, the Court approves the request.

The deadline for the parties to make the certifications described above is October 3, 2022.

Depositions shall be completed by November 18, 2022.

A telephonic case management conference is scheduled for November 21, 2022 at 12:00 p.m. Parties are directed to dial in to the Court's teleconference line at 888-251-2909 and use access code 2123101. At this conference, Plaintiff's request for expert discovery will be discussed.

It is hereby ORDERED that the Warden or other official in charge of the George R. Vierno Center ("GRVC"), located at 09-09 Hazen Street, East Elmhurst, New York 11370, produce Plaintiff Alexander Williams, B&C #141-180-1632, on November 21, 2022 at 12:00 p.m. to a suitable location within the GRVC that is equipped with a telephone for the purpose of participating in this conference.

The Clerk of Court is respectfully directed to close Dkt. Nos. 203 and 208.

SO ORDERED.

Dated: August 4, 2022
      New York, New York

                                               LEWIS J. LIMAN
                                           United States District Judge