UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER WILLIAMS

                Plaintiff,

  -v-

N.Y.C. DEPT. OF CORRECTIONS et al.,

                Defendants.

No. 19-cv-03347-LJL-JLC

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby appears as counsel for Alexander Williams, plaintiff in the above-captioned matter.

Dated:  New York, New York
          October 24, 2022

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By:  /s/ Moses Silverman
        Moses Silverman

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3355
Fax: (212) 492-0355
msilverman@paulweiss.com

*Counsel for Plaintiff Alexander Williams*