```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ALEXANDER WILLIAMS JR.,                                          :
                                                                 :
                        Plaintiffs,                              :
                                                                 :      19-cv-3347 (LJL)
        -v-                                                      :
                                                                 :           ORDER
THE CITY OF NEW YORK et al.,                                     :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court held an in-person hearing on Plaintiff's motion for emergency relief on October 26, 2022. Both parties were present. This order memorializes the orders discussed and issued at the hearing.

      Defendants have until November 9, 2022 to submit declaration(s) and supporting evidence, if any, in response to Plaintiff's allegation of retaliation.

      Parties are ordered to meet and confer on the remaining discovery issues raised at the hearing on October 26, 2022. Plaintiff shall file any motion with respect to discovery no later than October 28, 2022. In recognition that the Court reopened only limited discovery, motions filed after October 28, 2022 will not be entertained absent good cause. Defendants shall respond to any discovery motion by November 2, 2022.

      As the Court noted at the hearing, it does not now make any factual findings as to the incidents described in the parties' letters. *See* Dkt. Nos. 223, 228–30. If the incidents are as described by Plaintiff, Defendants are on notice that such acts, or acts similar to them, may constitute violations of state or federal civil rights laws as well as of federal criminal law.

      SO ORDERED.

Dated: October 27, 2022
      New York, New York
                                              LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022