UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS

                     Plaintiff,

   -v-

CITY OF NEW YORK et al.,

                     Defendants.

No. 19-cv-03347-LJL-JLC

ORDER TO PRODUCE INMATE FOR DEPOSITION

Lewis J. Liman, United States District Judge:

        Upon the application of Plaintiff for leave to take the deposition of Samuel Ceruti, DIN #19A3876, an inmate within Great Meadow Correctional Facility, and the Court having granted leave for the taking of Samuel Ceruti's deposition pursuant to Federal Rule of Civil Procedure 30(a)(2)(B):

        IT IS HEREBY ORDERED: that the Warden or other official in charge of the Great Meadow Correctional Facility, located at 11739 State Route 22, Comstock, NY 12821, produce inmate Samuel Ceruti, DIN #19A3876, at a location within the facility for the taking of his deposition on December 12, 2022, starting at 10:00 a.m. and continuing for up to seven hours of testimonial time, which deposition shall be taken before a court reporter, notary public, or other person authorized by law to administer oaths and take depositions, and shall be recorded by stenographic means and videotaped; and that Samuel Ceruti appear in such place as designated by the Warden or other official in charge of the Great Meadow Correctional Facility, so that his deposition may be taken.

SO ORDERED.

Dated: New York, New York
           November 1 , 2022

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE