UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ALEXANDER WILLIAMS JR.,

                                      Plaintiff,

                  -against-

THE CITY OF NEW YORK *et al.*,

                                 Defendants.
------------------------------------------------------------------------ x

**NOTICE OF MOTION CONCERNING MATTERS TO BE RESOLVED *IN LIMINE***

19 CV 3347 (LJL)(JLC)

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law,

and upon all prior pleadings and proceedings had herein, defendants will move this Court for

evidentiary rulings concerning matters to be resolved *in limine* and for such other and further

relief as the Court may deem just and proper.

Dated: New York, New York
      March 20, 2023

                        HON. SYLVIA HINDS-RADIX
                        Corporation Counsel of the City of New York
                        *Attorney for Defendants Mathis and Wells*
                        100 Church Street
                        New York, New York 10007
                        (212) 356-2659

                        By:       /s/ *Daniel Braun*
                                  Daniel Braun
                                *Assistant Corporation Counsel*
                                Special Federal Litigation Division