UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————x

ALEXANDER WILLIAMS,

                               Plaintiff,

              - against -

CITY OF NEW YORK, CAPTAIN BERNARD MATHIS,
CORRECTION OFFICER JAKAR WELLS,

                              Defendants.

———————————————————————————————x

**STIPULATION AND
ORDER OF DISMISSAL**

19-cv-3347 (LJL)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York

        ~~Ju 5~~, 2023

ROBERT J. O'LOUGHLIN
*Pro bono counsel for Plaintiff*
PAUL, WEISS, RIFKIND, WHARTON, &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,*
   *Mathis, and Wells*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
   Robert J. O'Loughlin
   *Pro Bono Attorney for Plaintiff*

By: _____
   Michael Viviano
   *Senior Counsel*

SO ORDERED:

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023