UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x

ALEXANDER WILLIAMS,

                                   Plaintiff,

- against -

CITY OF NEW YORK, CAPTAIN BERNARD MATHIS,
CORRECTION OFFICER JAKAR WELLS,

                            Defendants.

———————————————————————————x

**STIPULATION AND
ORDER OF DISMISSAL**

19-cv-3347 (LJL)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York

___July 5___, 2023

ROBERT J. O'LOUGHLIN
*Pro bono counsel for Plaintiff*
PAUL, WEISS, RIFKIND, WHARTON, &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064

By: _____
Robert J. O'Loughlin
*Pro Bono Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,*
   *Mathis, and Wells*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Michael Viviano
*Senior Counsel*

SO ORDERED:

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated: ___July 6___, 2023

2